UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL KERN,
On behalf of himself and others
similarly situated,

    Plaintiff,

v.

NUTECH NATIONAL SOLAR LLC,
a Florida for Profit Corporation,

    Defendant.
_____/

CASE NO.: 6:20-cv-1659-Orl-78LRH

FLSA COLLECTIVE ACTION

**<u>WAIVER AND ACCEPTANCE OF SERVICE OF PROCESS</u>**

    TO:    LYTLE & BARSZCZ
                533 Versailles Drive
                2nd Floor
                Maitland, FL 32751

I have received your request to waive service of a summons in this action along with a copy of the Complaint.

I, or the entity I represent, agree to save the expense of serving a summons and Complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 on or before sixty (60) days from September 24, 2020. If I fail to do so, a default judgment will be entered against me or the entity I represent.

1

Dated on this 12th day of October, 2020.

By: *Kristin M. Ahr*

Kristin Ahr, Esquire
Florida Bar No. 63290
E-mail:  kristin.ahr@nelsonmullins.com
Scott D. Knapp, Esquire
Florida Bar No. 16688
E-mail: scott.knapp@nelsonmullins.com
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
One North Clematis Street
Suite 500
West Palm Beach, FL 33401
Tel: (561) 832-3300
Fax: (561) 422-4888
*Attorneys for Defendant*